**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-cv-00252-FDW-DSC**

| | |
|---|---|
| AMERICAN SAFETY INDEMNITY COMPANY, </br></br> Plaintiff, </br></br> vs. </br></br> SUN-POINTE HOLDINGS, LLC, </br></br> Defendant/Counter-Plaintiff. </br>___ </br></br> SUN-POINTE HOLDINGS, LLC, </br></br> Third–Party Plaintiff, </br></br> vs. </br></br> PEACHTREE SPECIAL RISK BROKERS, LLC, et. al., </br></br> Third-Party Defendants. </br>___ | **ORDER** |

**THIS MATTER** is before the Court *sua sponte* regarding the status of the case. On August 25, 2014, Plaintiff's Counsel informed the Court telephonically that the instant case settled. Accordingly, the Court ORDERS the parties file an agreement for entry of judgment or a stipulation of dismissal within thirty (30) days, or the Court will dismiss the case without prejudice.

IT IS SO ORDERED.

Signed: August 26, 2014

Frank D. Whitney
Chief United States District Judge