**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**DOCKET NO. 3:13-cv-00252-FDW-DSC**

| | |
|---|---|
| AMERICAN SAFETY INDEMNITY COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | )<br>) |
| SUN-POINTE HOLDINGS, LLC, | )<br>) |
| Defendant/Counter-Plaintiff. | )<br>)<br>) **ORDER** |
| SUN-POINTE HOLDINGS, LLC, | )<br>) |
| Third–Party Plaintiff, | )<br>) |
| vs. | )<br>) |
| PEACHTREE SPECIAL RISK BROKERS, LLC, et. al., | )<br>)<br>) |
| Third-Party Defendants. | )<br>)<br>) |

**THIS MATTER** is before the Court *sua sponte*. On August 25, 2014, Plaintiff's Counsel informed the court telephonically that the instant case settled. Consequently, on August 26, 2014, this Court entered an Order instructing the parties that they must file an agreement for entry of judgment or a stipulation of dismissal within thirty (30) days or the Court would dismiss the case without prejudice. Thirty days have passed and no entry of judgment or stipulation of dismissal has been filed.

IT IS THEREFORE ORDERED THAT the above captioned matter is DISMISSED WITHOUT PREJUDICE. Either party may petition the Court to reopen the case upon a finding of cause.

IT IS SO ORDERED.

Signed: September 26, 2014

Frank D. Whitney
Chief United States District Judge